IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CENTRAL DUPAGE HEALTH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Miscellaneous Action |
| | § | No. C-06-91 |
| 3M COMPANY F/K/A MINNESOTA MINING | § | |
| & MANUFACTURING CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day came on to be considered Driscoll Children's Hospital's ("Driscoll") motion to quash the subpoena issued to Driscoll by Central DuPage Health ("CDH") on September 20, 2006 ("Motion to Quash").[1]  (D.E. 1, Case No. 06-91).

This Court ORDERS as follows with respect to Driscoll's response to the CDH subpoena:

1. Driscoll shall make copies of the documents listed out at Nos. 1-14 in the "Privilege Log" at pp. 6-8 of Driscoll's Motion to Quash.  Driscoll shall make these copies at the expense of CDH.  Driscoll is ORDERED to send these copies to counsel for CDH on Monday, October 30, 2006.[2]  CDH shall pay the cost of

---

[1] The subpoena issued by CDH to Driscoll is attached to Driscoll's Motion to Quash as Exhibit 1.  The subpoena was issued in the following civil case: <u>Central DuPage Health v. 3M Company, f/k/a Minnesota Mining & Manufacturing Co.</u>, United States District Court for the Northern District of Illinois, Case No. 05-0241.

[2] Counsel for CDH is Evan M. Meyers, Gardner Carton & Douglas LLP, 191 N. Wacker Drive, Suite 3700, Chicago, IL 60606.

    sending the documents to CDH's counsel.

2.    Prior to Monday, October 30, 2006, counsel for 3M Company ("3M") may review the documents described above in Paragraph No. 1 at Driscoll's counsel's office in Corpus Christi, Texas.

3.    At an October 23, 2006 hearing before this Court on Driscoll's Motion to Quash, CDH, 3M and Driscoll all agreed that CDH is bound by the same customer confidentiality agreement with 3M that 3M has with Driscoll.

SIGNED and ENTERED this 23rd day of October, 2006.

_____
Janis Graham Jack
United States District Judge